**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name ROSENBALM   VINCENT   L
     (Last)        (First)      (Initial)

Prisoner Number # 2069375   NAPA STATE HOSPITAL

Institutional Address 2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

FILED
MAY - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VINCENT ROSENBALM
(Enter the full name of plaintiff in this action.)

vs.

JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

(Enter the full name of the defendant(s) in this action)

CV 08 2409 RMW (PR)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

28 U.S.C 1915(g)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement   NAPA State Hospital

B.   Is there a grievance procedure in this institution?
     YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES ( )   NO (X)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. JUDGE ILLSTON ILLEGALLY TERMINATED ALL LITIGATION WITH AN INTERLOCUTARY ORDER

COMPLAINT                                -1-

1. Informal appeal GEORGE BUSH - PARDON QUESTIONS? JUDICIAL MISCONDUCT 4/10/2008 sent

2. First formal level NINTH CIRCUIT COURT OF APPEALS JUDICIAL MISCONDUCT COMPLAINT sent 4/16/2008    08-15941

3. Second formal level CRIMINAL COMPLAINT U.S DISTRICT COURT sent 4/21/08    C08-2183 SI PR

4. Third formal level CRIMINAL COMPLAINT sent 4/23/08 COURT OF APPEALS - NINTH CIRCUIT CASE 08-15941 ?    NO NUMBER YET FOR COMPLAINT

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )    (9th Circuit)

F. If you did not present your claim for review through the grievance procedure, explain why. THE CLAIM IS AGAINST A FEDERAL JUDGE I AM INCARCERATED IN A STATE INSTITUTION I FILED FOR REVIEW IN FEDERAL COURTS

II. Parties. Appeal AND JUDICIAL MISCONDUCT (9th Circuit)

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY unit 5
NAPA, CA 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

U.S. DISTRICT COURT JUDGE SUSAN ILLSTON

COMPLAINT    -2-

1 U.S. DISTRICT COURT 450 GOLDEN GATE Ave
2 SAN FRANCISCO, CA. 94102
3
4

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10 1) ON OR ABOUT APRIL 3, 2008 JUDGE
11 ILLSTON FILED A COURT ORDER FOR
12 HABEAS CORPUS CASE C07-4197 si pr.
13 THIS ORDER WAS INTERLOCTURY AND
14 PREJUDICIAL TO MY CASE. I BELIEVE
15 SHE COMMITTED PERJURY IN THIS
16 MATTER, FURTHERMORE I BELIEVE
17 THIS INTERLOCTURY ORDER TERMINATED
18 THE LITIGATION IN BOTH FEDERAL
19 AND STATE COURTS.
20 2) BECAUSE OF THIS INTERLOCTURY
21 ORDER I BELIEVE I AM ILLEGALLY
22 IMPRISONED.

23 IV.   Relief.

24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 BECAUSE THE PEOPLE WHO HAVE CUSTODY
27 ATTEMPTED TO KILL ME AND DRUG
28 ME ILLEGALLY I AM IN DANGER!

COMPLAINT
- 3 -

1. I ASK FOR RELEASE FROM ILLEGALLY CUSTODY.
2. I ASK FOR HELP IN RE LOCATING.
3. I ASK FOR A SUMMARY JUDGMENT
4. OF $5 MILLION DOLLARS DAMAGES.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of May, 2008

*Vincent Rosenbalm*
(Plaintiff's signature)

COMPLAINT                                - 4 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's <u>In Forma Pauperis</u> Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

### A. Non-habeas Civil Actions

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed <u>in forma pauperis</u>, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if <u>in forma pauperis</u> status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

### B. Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed <u>in forma pauperis</u> you will not be required to pay any portion of this fee. If you are not granted leave to proceed <u>in forma pauperis</u> you must pay the fee in one payment and not in installments. If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.

[Envelope image]

Return address:
VINCENT ROSENBAUM
CO NAPA VALLEJO HIGHWAY UNITS
NAPA, CA 94558

Postmark: OAKLAND CA, $00.00

Addressed to:
Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave
SAN FRANCISCO, CA 94119