**FILED**

MAY - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBAUM
                    Plaintiff,

vs.

JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT COURT
                    Defendant.

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

RMW

(PR)

I, VINCENT ROSENBAUM declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $80-100 month  Net: Approx $80-100 month

Employer: NAPA State Hospital
2100 NAPA VALLEJO HIGHWAY

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or              Yes ✓  No ___
10              self employment
11       b.    Income from stocks, bonds,           Yes ___ No ✓
12              or royalties?
13       c.    Rent payments?                       Yes ___ No ✓
14       d.    Pensions, annuities, or              Yes ___ No ✓
15              life insurance payments?
16       e.    Federal or State welfare payments,   Yes ✓  No ___
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  ___WELFARE Hospital 12⁵⁰ month_____
22  ___$3²⁵ AUTHOR HOUSE PUBLISHING BOOK_____
23  3.    Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support: $ _____

ALL ESTIMATES

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

JDR (17)

NONE At PRESENT

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? (2)   Yes ✓ No ___

Make SUBARU Year 1992, 1993 Model Legacy

Is it financed? Yes ___ No ✓  If so, Total due: $_____

Monthly Payment: $ 0

7. Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash?  Yes ✓ No ___  Amount: $ Approx $35

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ✓ No ___

Personal Property Estimate $10-20,000

8. What are your monthly expenses?

Rent: $ 0           Utilities: 0
Food: $ 0           Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

CREDit CARD Debts EstimAtes → $5-10,000.00
SCHOOL LOANS          ↓    → 5-10,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

C08-2183 Si pr - U.S. District Court
SEnt ONE to 9th Circuit - Number UNKnown

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/6/2008                    Vincent Rosenbalm
DATE                        SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS            - 4 -

1
2                                                                  Case Number: _____
3
4
5
6
7
8                                        **CERTIFICATE OF FUNDS**
9                                                    **IN**
10                                         **PRISONER'S ACCOUNT**
11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _Vincent Rosenbalm_ for the last six months
                                          [prisoner name]
14 _Napa State Hospital_ where (s)he is confined.
      [name of institution]
15    I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _29.77_ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ _0.00_ .

18
19 Dated: _4-4-08_                            _Laura Harris, STO_
                                               [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

4/4/2008
7:54:35AM

NAPA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

2069375    ROSENBALM, VINCENT

| # | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |

TOTAL WITHDRAWLS / DEPOSITS:    $165.75    $178.58