PROOF OF SERVICE

FILED
MAY - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5/6/08

CV 08 2409 RMW (PR)

I am Vincent Rosenbalm a United States citizen over 18 years of age.

ON 5/6/2008 I served the within

1) 42 U.S.C. 1983 FORM
   Rosenbalm v Illston
2) Financial Paperwork
   includes Trust Office Paperwork

By placing an envelope in the Napa State Hospital mail addressed to: COURT CLERK
U.S. DISTRICT COURT
450 Golden Gate Ave
SAN FRANCISCO, CA 94102

FROM
Vincent Rosenbalm
2100 Napa Vallejo Highway Unit 5
Napa, CA 94558

Under the penalty of perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm