VINCENT ROSENBALM                                    5/26/08

2100 NAPA VALLEJO HIGHWAY

NAPA, CALIFORNIA 94558                          **FILED**

   UNITED STATES DISTRICT COURT     MAY 2 9 2008

NORTHERN DISTRICT OF CALIFORNIA   CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM                    }

      V                     }      NOTICE OF APPEAL

JUDGE SUSAN ILLSTON                  }

ED FOULK - NAPA State Hospital       }        RMW)

   CASE NUMBER: C08-2409 SI (PR)

   I hereby give Notice I appeal CASE

NUMBER C08-2409 SI(PR) to THE COURT OF

APPEALS FOR THE NINTH CIRCUIT FROM

A JUDGMENT ON OR ABOUT MAY 8, 2008.

I ASK THE NINTH CIRCUIT TO APPOINT ME

COUNSEL IN THIS MATTER. I WAS DENIED

A LAWYER ILLEGALLY BY THE U.S. District

COURT, AND ASK MY 6th AMENDMENT

RIGHTS BE UPHELD. UNDER THE PENALTY

OF PERJURY THIS IS TRUE AND CORRECT

TO THE BEST OF MY KNOWLEDGE.

                     Vincent Rosenbalm

                     5/26/08

FILED WITHIN 30 DAYS!



Vincent Reardslen
2100 Napa-vallego
NAPA, CA 94558

LEGAL MAIL
Court Clerk
U.S. DISTRICT COURT
450 GOLDEN GATE Ave.
SAN FRANCISCO, CA 94102.