FILED
08 MAY 29 PM 2:18
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Proof of Service                         5/26/2008

I am Vincent Rosenbalm an American citizen over 18 years of age

On 5/26/2008 I served the within

1) Notice of Appeal C08-2409 si (pr) by placing a sealed envelope in the Napa State Hospital mail

ADDRESSED: Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

From
Vincent Rosenbalm
2100 Napa Vallejo Hwy
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm