***E-FILED - 7/3/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBAUM, ) | No. C 08-2409 RMW (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| JUDGE SUSAN ILLSTON, ) | |
| Defendant. ) | |

Plaintiff, a California prisoner proceeding <u>pro se</u>, filed this civil rights action under 42 U.S.C. § 1983 against a judicial officer of the court. Plaintiff alleges that a ruling by defendant in one of his cases violates his constitutional rights. The court will DISMISS the instant complaint for failure to state a cognizable claim for relief.

**DISCUSSION**

A. <u>Standard of Review</u>

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). In its review the court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Rosenbaum409dis 1

1  relief. Id. at 1915A(b)(1),(2). Pro se pleadings must be liberally construed. Balistreri v.
2  Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

3  B.   Plaintiff's Claim

4      Defendant, a federal judge, is absolutely immune from civil liability for acts
5  performed in adjudicating plaintiff's cases. See Moore v. Brewster, 96 F.3d 1240, 1243
6  (9th Cir. 1996). Accordingly, this action will be dismissed for failure to state a
7  cognizable claim for relief.

**CONCLUSION**

9      Plaintiff's complaint is hereby DISMISSED for failure to state a cognizable claim
10 for relief.

11     The clerk shall terminate all pending motions and close the file.

12     IT IS SO ORDERED.

13 DATED: 7/1/08

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Rosenbaum409dis           2