*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBAUM,<br>        Plaintiff,<br>  vs.<br>JUDGE SUSAN ILLSTON,<br>        Defendant. | No. C 08-2409 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant civil rights action for failure to state a cognizable claim for relief. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\Rosenbaum409jud.wpd      1